UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WAYNE E. LOCKE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL PAPER COMPANY, INTERNATIONAL PAPER COMPANY LONG-TERM DISABILITY PLAN, and SEDGWICK CLAIMS MANAGEMENT SERVICES,<br><br>　　　　　Defendants. | NO.: 4:22-CV-00108-CDL |

## ORDER GRANTING MOTION TO TRANSFER

This matter having come before the Court on the International Paper Company and the International Paper Company Long-Term Disability Plan's ("IP Defendants") Uncontested Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a) and to Stay Proceedings Pending Ruling and Transfer, no party having any objections to the relief requested therein, and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED:**

1. The IP Defendants Uncontested Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a) and to Stay Proceedings Pending Ruling and Transfer is granted;

2. This matter is hereby transferred to the United States District Court for the

Western District of Tennessee;

3. All deadlines in this matter including but not limited the deadline to file a response and/or answer to the Complaint are stayed pending transfer to the United States District Court for the Western District of Tennessee.

DATE: September 8, 2022

S/Clay D. Land
Honorable Clay D. Land
U.S. District Court Judge